# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ENCOMPASS HOME AND AUTO INSURANCE COMPANY<br><br>v.<br><br>DAVID DENENBERG | CIVIL ACTION<br><br>NO. 18-1365 |

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT,

AND NOW, this 13th day of March, 2019, upon consideration of Defendant's Motion for Summary Judgment (ECF 10) and all submissions related to the Motion, and as discussed further in the Court's accompanying Memorandum, it is hereby ORDERED that Plaintiff's Motion is GRANTED; and it is hereby DECLARED that Plaintiff has no duty to defend or indemnify Defendant under automobile policy number 282004001 in relation to the civil action currently pending in the Philadelphia Court of Common Pleas under docket number 180300220.

                                      **BY THE COURT:**

                                      **/s/ Michael M. Baylson**

                                      **MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 18\18-1365 Encompass Home and AUto Ins v. Denenberg\18cv1365 Order re Mot for SJ